THOMAS CONDON, COADMINISTRATOR (ESTATE OF
FLOYD POTTER), ET AL. *v.* ANTHONY SILANO
(AC 19315)

Foti, Spear and Mihalakos, Js.

Argued September 28—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

KEVIN STROBEL *v.* ROSE LI-HWA STROBEL
(AC 19325)

Lavery, C. J., and Spear and Mihalakos, Js.

Argued September 27—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

JAMES AURILIO *v.* THOMAS SWEENEY,
CHIEF OF POLICE
(AC 19577)

Mihalakos, Pellegrino and Daly, Js.

Submitted on briefs September 29—officially released November 7, 2000

Per Curiam. The judgment is affirmed.